57 A.3d 1100

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. VAN SALTER, DEFENDANT–PETITIONER.

February 15, 2011.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Superior Court, Law Divi-

sion, for the sentencing court to provide on the record a statement of reasons for the imposition of a sentence with an extended term of imprisonment.

Jurisdiction is not retained.